June 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

DUKE REALTY LIMITED PARTNERSHIP AND HUFFMEISTER
DEVELOPMENT, LLC, Appellants

NO. 14-15-00543-CV                 V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Harris County Appraisal District, signed April 21, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Duke Realty Limited Partnership and Huffmeister Development, LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.